# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Diane Jackson          Case Number: 0980 2:12CR00113-TOR-1
                                                                0980 2:13CR00084-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Medical Lake, Washington 99022

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense:        Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2

Original Sentence:       Prison 21 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation               Prison - 6 months
Sentence:                TSR - 24 months

Asst. U.S. Attorney:     Earl A. Hicks                  Date Supervision Commenced: November 10, 2016

Defense Attorney:        Colin G. Prince                Date Supervision Expires: November 9, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 10**: You shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she may not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by a probation officer.

According to Spokane Police report number 2017-20067133, on April 14, 2017, at approximately 4:10 a.m., the defendant was contacted by the Spokane police as she was a

passenger in a vehicle traveling the wrong way down a one-way street. The driver of the vehicle was Joshua Cope, a convicted felon on active Department of Corrections' supervision. Mr. Cope also had an active felony warrant. Mr. Cope was arrested on the warrant. A search of the vehicle revealed quantities of both heroin and cocaine.

2   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

Stephanie Jackson violated special condition number 18 by using a controlled substance, methamphetamine, on March 8, 2017. Ms. Jackson provided a urine sample as directed on March 8, 2017. The sample was field tested positive for methamphetamine. The defendant denied use and the sample was sent to Alere for testing. On March 16, 2017, the sample was returned as positive for methamphetamine. The offender was summoned to the U.S. Probation Office on March 30, 2017. At that time, the defendant admitted to the undersigned officer that she did in fact use the controlled substance.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she may not use illegal controlled substances and shall submit to urine testing as directed by the supervising officer.

In order to monitor Ms. Jackson for compliance with special condition number 18, the undersigned officer enrolled the defendant in the random drug testing program and directed her to call daily. Ms. Jackson was assigned a specific color, brown, to report for urine testing. On April 14, 2017, the defendant's color was called. Ms. Jackson failed to report for testing on April 14, 2017. It should be noted that this is the same day the defendant was contacted by local law enforcement at approximately 4:10 a.m.

4   **Special Condition # 19**: You shall be prohibited from all forms of gambling, and shall not enter, frequent, or be otherwise involved with any legal or illegal gambling establishment or activity.

**Supporting Evidence**: On November 14, 2016, Stephanie Jackson signed her judgment for case number 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S.

probation officer that she may not gamble or enter, frequent, or be otherwise involved with any legal or illegal gambling establishment.

Stephanie Jackson violated special condition number 19 by entering a gambling establishment on March 15, 2017. The undersigned officer was notified by the Kalispel Tribal Police on March 15, 2017, that they had contact with Ms. Jackson. On March 15, 2017, the undersigned officer made contact with the defendant at her residence in order to speak with her about the situation. The defendant stated that she was in fact at the casino on the date in question.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/24/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

April 24, 2017

Date