PROB 12C
(6/16)

Report Date: July 19, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 19, 2018
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Diane Jackson

Case Number: 0980 2:12CR00113-TOR-1
0980 2:13CR00084-TOR-1

Address of Offender: 402 North Sherman Avenue, Medical Lake, Washington 99022

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2013

Original Offense: Manufacture of Counterfeit Federal Reserve Notes, 18 U.S.C. §§ 471 and 2

Original Sentence: Prison - 21 months; TSR - 36 months

Type of Supervision: Supervised Release

Revocation Sentence: (05/31/2016) Prison - 6 months; TSR - 24 months

Revocation Sentence: (10/25/2017) Prison - 8 months; TSR - 22 months

Asst. U.S. Attorney: Earl Allan Hicks

Date Supervision Commenced: March 23, 2018

Defense Attorney: Federal Public Defender

Date Supervision Expires: January 22, 2020

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/02/2018.

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime. |

**Supporting Evidence**: Stephanie Jackson violated mandatory condition number 1 by being cited for driving with a suspended license on July 12, 2018.

On March 26, 2018, Stephanie Jackson signed her judgment for case numbers 2:12CR00113-TOR-1 and 2:13CR00084-TOR-1, indicating she understood all conditions ordered by the Court. Specifically, Ms. Jackson was made aware by her U.S. probation officer that she must obey all laws.

According to Spokane Police report number 8Z0621832, Stephanie Jackson was traveling north on Division street when she struck the back of the vehicle ahead of her. When

contacted by the responding officers, it was determined Ms. Jackson did not have a valid driver's license and was cited for driving with a suspended license.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/19/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other : This petition is incorporated with the petition dated July 3, 2018. The initial appearance scheduled for 7/19/2018 at 1:30 p.m. before Magistrate Judge Rodgersremains set.

Thomas O. Rice
Signature of Judicial Officer

July 19, 2018
Date